LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
  *Colleen.Smith@lw.com*
Melanie Grindle (Bar No. 311047)
  *Melanie.Grindle@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone:  +1.858.523.5400
Facsimile:  +1.858.523.5450

Michele D. Johnson (Bar No. 198298)
  *Michele.Johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

Meryn Grant (Bar No. 291315)
  *Meryn.Grant@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone:  +1.213.485.1234
Facsimile:  +1.213.891.8763

*Attorneys for Zogenix, Inc., Stephen J. Farr*
*and Michael P. Smith*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMANUEL LAKE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ZOGENIX, INC., STEPHEN J. FARR, and MICHAEL P. SMITH, <br><br> Defendants. | CASE NO. 19-cv-01975-RS <br><br> **REPLY DECLARATION OF COLLEEN C. SMITH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** <br><br> Date: Jan. 23, 2020 <br> Time: 1:30 pm <br> Courtroom:  3, 17th Floor <br><br> Hon. Richard Seeborg |

LATHAM&WATKINS<sub>LLP</sub> US-DOCS\112092489
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 19-CV-01975-RS
C. SMITH REPLY DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS

I, Colleen C. Smith, hereby declare and state as follows:

1.      I am an attorney with the law firm of Latham & Watkins LLP, counsel of record for Defendants Zogenix, Inc. ("Zogenix"), Stephen J. Farr and Michael P. Smith (collectively, "Defendants") in the above-captioned action.  I am admitted to practice law in the State of California and am a member in good standing of the bar of the United States District Court for the Northern District of California.  I submit this declaration in support of Defendants' Reply in Support of Motion to Dismiss Amended Complaint, filed concurrently herewith.

2.      Attached hereto as **Exhibit 8** is a true and correct copy of a transcript taken of Zogenix's 2nd Quarter 2015 Earnings Call, dated August 10, 2015.[1]

3.      Attached hereto as **Exhibit 14** is a true and correct copy of a transcript of Zogenix, Inc.'s Company Conference Presentation, dated May 15, 2019.

4.      Attached hereto as **Exhibit 15** is a true and correct copy of the Guggenheim Securities Report titled "ZGNX – 1Q19; Type A Meeting Scheduled for June; NDA Resubmission Update Likely in the June/July Timeframe," dated May 8, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 10, 2019, in San Diego, California.

                                                                    */s/Colleen C. Smith*
                                                                    Colleen C. Smith

---

[1]     Exhibits 1–13 were submitted with the Declaration of Colleen C. Smith in Support of Defendants' Motion to Dismiss Amended Complaint, filed October 4, 2019, and available at Docket 47-1.  A copy of Exhibit 8 is resubmitted herewith in light of a potential rendering issue with the version currently available at Docket 47-1.

# EXHIBIT 8

**S&P Global**
Market Intelligence

# Zogenix, Inc. NasdaqGM:ZGNX
# FQ2 2015 Earnings Call Transcripts

## Monday, August 10, 2015 8:30 PM GMT

### S&P Global Market Intelligence Estimates

|  | -FQ2 2015- | | | -FQ3 2015- | -FY 2015- | -FY 2016- |
|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.76) | (0.34) | NM | (0.79) | (2.99) | (2.54) |
| **Revenue (mm)** | 5.13 | 7.37 | ▲43.66 | 4.27 | 17.46 | 17.56 |

Currency: USD
Consensus as of  Jul-15-2015 10:06 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

### - EPS NORMALIZED -

|  | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2014** | (1.20) | (1.20) | NM |
| **FQ4 2014** | (1.07) | (1.04) | NM |
| **FQ1 2015** | (0.99) | (0.53) | NM |
| **FQ2 2015** | (0.76) | (0.34) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

| | |
|---|---|
| Call Participants | 3 |
| Presentation | 4 |
| Question and Answer | 9 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Ann D. Rhoads**
*Former Executive VP, CFO,*
*Treasurer & Secretary*

**Bradley S. Galer**
*Executive VP & Chief Medical*
*Officer*

**Brian Ritchie**
*Managing Director*

**Gail M. Farfel**
*Executive VP & Chief Development*
*Officer*

**Stephen J. Farr**
*Co-Founder, CEO, President &*
*Director*

**ANALYSTS**

**Andrew Abriol Santos Ang**
*Stifel, Nicolaus & Company,*
*Incorporated, Research Division*

**Difei Yang**
*Brean Capital, LLC, Research*
*Division*

**Paul Andrew Matteis**
*SVB Leerink LLC, Research*
*Division*

**Raju Prasad**

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and welcome to the Zogenix Second Quarter 2015 Corporate Update Call. Today's conference is being recorded.

At this time, I'd like to turn the conference over to Mr. Brian Ritchie with LifeSci Advisors. Please go ahead, sir.

**Brian Ritchie**
*Managing Director*

Thank you, operator, and thank you all for joining us this afternoon. With me on today's call are Chief Executive Officer, Dr. Stephen Farr; Chief Financial Officer, Ann Rhoads; Chief Development Officer, Dr. Gail Farfel; and Chief Medical Officer, Dr. Brad Galer.

This afternoon, Zogenix issued a news release announcing financial results and providing a business update for the second quarter ended June 30, 2015.

Please note that certain information discussed on the call today is covered under the safe harbor provision of the Private Securities Litigation Reform Act. We caution listeners that during this call, Zogenix management will be making forward-looking statements. Actual results could differ materially from those stated or implied by these forward-looking statements due to risks and uncertainties associated with the company's business. These forward-looking statements are qualified by the cautionary statements contained in Zogenix's news releases and SEC filings, including in the Annual Report on Form 10-K and subsequent filings.

This conference call also contains time-sensitive information that is accurate only as of the date of this live broadcast, August 10, 2015. Zogenix undertakes no obligation to revise or update any forward-looking statements to reflect events or circumstances after the date of this conference call.

Now I'd like to turn the call over to Steve.

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Thank you, Brian, and good afternoon to everyone who's joining us live on today's call. Since our last quarterly conference call, our business has gained significant momentum. We've achieved a number of critical successes in multiple aspects of our business. I'm extremely pleased with where we are as a company, and more importantly, where we're headed.

On the clinical development front, new data was presented at the European Paediatric Neurology Society Congress in Vienna, Austria, demonstrating sustained efficacy and tolerability for patients treated with low-dose fenfluramine as an adjunctive therapy for Dravet syndrome. During the 5-year follow-up period from 2010 to 2014, over 80% of patients, all of whom had a confirmed diagnosis of Dravet syndrome, experienced a greater than or equal to 75% reduction in seizure frequency each year and majority of patients experienced long periods of seizure freedom. The drug was well tolerated, and no patient discontinued treatment due to an adverse event.

This analysis included 10 patients from the original study group and 2 patients who begun treatment in 2011. We believe these data represent the most robust long-term data set of any investigational treatment for Dravet syndrome, especially since some of these patients have now been treated for over 27 years. This presentation was authored by world-renowned experts in the field of Dravet syndrome, Berten Ceulemans M.D., Ph.D. and Lieven Lagae M.D., Ph.D. from the Universities of Antwerp and Leuven in Belgium. Dr. Lagae is also the current President of the European Paediatric Neurology Society and is an elected board member of the International Child Neurology Association.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

From a regulatory standpoint, our recent correspondence with the FDA in regards to our Phase III program for ZX008, which is an investigational proprietary pediatric formulation of low-dose fenfluramine, should enable us to file an IND by the end of August. As such, we expect the initiation of this Phase III program will occur during the fourth quarter. Dr. Gail Farfel, who recently joined us as our Chief Development Officer, will review the anticipated protocol for the ZX008 Phase III program shortly. We are very excited about this program and are confident in our plans for this study.

Gail's appointment and that of Dr. Thierry Darcis as a General Manager of Europe were other key recent achievements for Zogenix. The addition of 2 highly experienced product development and commercial leaders in the orphan CNS disease category further advances our core strategic focus on our late-stage CNS product development pipeline. Gail will lead all product development activities, including clinical development and regulatory strategy. She has a diverse background in leading global product development and regulatory approvals of CNS treatments, including for epilepsy. Thierry joined us to establish Zogenix's precommercial presence in Europe and lead commercial operations in Europe for the anticipated launch of ZX008. He brings a successful track record of launching rare disease products in Europe, and we'll have a small experienced leadership team joining him in the U.K., and that team will represent clinical, regulatory and commercial disciplines.

We're also very pleased to host a successful key opinion leader meeting in New York in July that was attended by approximately 50 high-quality investors and analysts with another 75 buy-side and sell-side professionals participating via live webcast. The event focused on Dravet syndrome, including an overview of ZX008, and featured keynote presentations from Dr. Lagae and also by Dr. Joseph Sullivan, who is associate professor of neurology and pediatrics at the University of California San Francisco and is also their Director of the Pediatric Epilepsy Center. Gail also presented additional details on our development readiness and proposed clinical protocol for the Phase III program of ZX008 in Dravet syndrome. The event was extremely well received and generated a significant amount of interest in our story from investors and from analysts.

In light of the shifting of our strategic focus to CNS disorders and orphan drug development and in an effort to support a per-share valuation for Zogenix that's more in line with our peers, we received approval from our board and shareholders and subsequently executed a 1-for-8 reverse stock split. Ann will further discuss the reverse stock split later on this call, but we really felt this action was in the best interest of all our shareholders.

All this positive momentum enabled us to opportunistically raise approximately $92 million in net proceeds in an underwritten public offering, in which we sold approximately 5.5 million shares at $18 a share. This financing now extends our capital runway through 2017.

During this time, we anticipate multiple key inflection points for ZX008, which will include initiation of the Phase III efficacy trials in U.S. and Europe. These are expected to begin in the fourth quarter of this year, with top line results anticipated in 2016. Potential U.S. and European approvals for ZX008 in Dravet syndrome, which we currently anticipate in 2017. And opportunity to explore ZX008's efficacy in other orphan indications.

Before I ask Gail to review our progress towards the Phase III program, let me take a moment to discuss our strategy for Relday, which is our proprietary subcutaneously injected formulation of risperidone, that is dosed once monthly and for which we commence dosing patients with schizophrenia in a Phase Ib multidose clinical trial earlier this year. We believe it represents a significant commercial opportunity based on this differentiated product profile. And we have concluded it's in the best interest of Zogenix and the company's shareholders for us to seek a global development and commercialization partner for this product candidate, who will then take responsibility for the Phase III program in the U.S. and also in Europe. Once we have the results from our ongoing multiple dose pharmacokinetic study, we intend to kick off a full process later this year aimed at identifying the ideal partner for Relday.

And with that, I'll now turn the call over to Gail. Gail?

**Gail M. Farfel**
*Executive VP & Chief Development Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you, Steve. As stated earlier, we recently received feedback on our query to the FDA, enabling us to file our IND for ZX008. The target for this filing is the end of August. Importantly, FDA confirmed that a 505(b)(2) NDA submission is acceptable, and they have encouraged us to file for fast-track designation once the IND is active.

With regard to CMC, FDA has agreed with the starting material and proposed synthetic pathway, and they have given us clear guidance with respect to stability and impurity testing. The drug substance in our liquid oral formulation have been manufactured and are currently on stability. For the nonclinical programs, FDA agreed we could file the IND with the results of the juvenile toxicology dose range-finding study, including the histopathology data. That study has been completed and the data are clean.

In addition, FDA has agreed that the required reproductive and developmental toxicity and carcinogenicity studies can be run as post-marketing commitments. So an NDA could be filed with the completion of the clinical development program.

Moving on to the clinical aspect of the Phase III program. FDA agreed we could conduct 2 double-blind, placebo-controlled randomized studies of ZX008 using what we refer to as the high dose and a low dose of fenfluramine as well as placebo. The doses will be calculated on a milligram-per-kilo basis, as you often see in pediatric dosing. And the high dose will be capped at 3 milligrams per day, which importantly is significantly lower than what was previously used in the treatment of obesity. The studies will have an initial screening visit followed by 8 weeks of baseline data collection, along with continuation of screening procedures during that baseline period. Those who meet entry requirements will be randomized to 1 of 3 arms, placebo or a high dose or low dose of fenfluramine solution. Subjects randomized into the trials will titrate to their target dose over 2 weeks and continue on that dose during the maintenance period, which is an additional 12 weeks. The subjects in the study will be 2 to 18 years of age and will stratify for approximately equal numbers of subjects who are 2 to 6 years old and 7 to 18 years old.

We are targeting 105 subjects in each of the 2 studies. One study is planned to be conducted primarily in the U.S., and one will be a multinational study. Subjects who complete the double-blind study and are medically eligible and are compliant will be eligible to continue in long-term open-label extensions. Our primary endpoint will be the change in frequency of convulsive seizures from baseline for the high-dose fenfluramine group compared with placebo. The key secondary endpoints will be to 40% and 50% responder analyses, which are important for the European regulatory authorities, and the convulsive seizure-free interval, which is of great interest to parents and to patients. Analyses comparing the low-dose fenfluramine treatment with placebo and the low dose versus the high dose are secondary efficacy endpoints. Additional secondary endpoints include the incidence of status epilepticus and of rescue medication use, also caregiver and clinician global impression of change ratings and quality-of-life assessments.

In terms of safety, we'll capture adverse events and the typical lab vital sign and urinalysis parameters. We'll also administer electrocardiograms and echocardiograms every 3 months for the first year of treatment and every 6 months thereafter, assuming that no specific issues arise.

That concludes my prepared remarks. So now I will turn the call over to Ann Rhoads. Ann?

**Ann D. Rhoads**
*Former Executive VP, CFO, Treasurer & Secretary*

Thank you, Gail. As was the case in the first quarter of 2015 as a result of the strategic decision to sell Zohydro ER business and focus on the clinical development of ZX008 and Relday, all the Zohydro ER revenue and expenses have been excluded from continuing operations for all periods herein and reported as discontinued operations. All prior period information has been recast to conform to this presentation.

Before I begin my review of the financials for the 3 and 6 months ended June 30, 2015, I want to elaborate a bit more in a couple of the areas Steve touched on during his prepared remarks, those being the reverse stock split and the follow-on offering.

With respect to the reverse stock split, on July 1, following the board and shareholder approval, we executed a 1-for-8 reverse stock split. As Steve said, the execution of the reverse stock split supports

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

a per-share valuation for Zogenix that's more in line with our drug development peers. An additional objective supporting the reverse stock split was to potentially allow a broader range of institutions to invest in the company's common stock, namely funds that are prohibited from buying stock with a price per share below a certain threshold.

In conjunction with the reverse split, the board also approved a change in the number of authorized shares of common stock to 50 million shares. As you've heard, we've built quite a bit of momentum in our business over the past several months. This provided us with the opportunity to bring additional capital into the company. At the end of July, we raised net proceeds of approximately $92 million through an underwritten public offering of 5.4 million shares of our common stock at $18 per share. The final order book reflected a high level of demand resulting in a greater than 4.5x oversubscribed book, and it's allowed us for an upsizing from 3.8 million shares to 4.75 million base shares. As Steve said, we were quite pleased to meaningfully extend our cash runway through 2017. Following the reverse stock split and the closing of the follow-on offering, we now have 24.7 million shares outstanding.

I'll now turn to results for the quarter. Total revenue for the second quarter of 2015 totaled $7.4 million and reflected $6 million of contract manufacturing revenue and $1.4 million of service and other product revenue. This compares to total revenue of $6.7 million in the 2014 second quarter and included $2.2 million of contract manufacturing revenue and $4.5 million of net product and other service revenue. The increase in contract manufacturing revenue and decrease in net product revenue in the second quarter of 2015 was due to the sale of SUMAVEL DosePro business to Endo, which occurred in May 2014, and the subsequent performance under the related supply agreement.

Second quarter 2015 research and development expenses totaled $6.2 million, up from $3.2 million a year ago, as we continued preparations for our 2 Phase III studies for ZX008 and a multidose clinical trial for Relday. Selling, general and administrative expenses for the quarter totaled $7.6 million. That's down from $9.1 million a year ago as the company incurred selling expenses for SUMAVEL DosePro prior to its sale in May 2014.

Income from discontinued operations was approximately $79.2 million compared to a loss of $14.7 million in the second quarter a year ago. Income from discontinued operations includes a gain on the sale of the Zohydro business of $75.6 million, net of tax expense, and $5 million from the Purdue waiver agreement that we received on June 29, 2015. We reported a net loss from continuing operations of $6.7 million for the second quarter of 2015 compared with net income of $77.5 million a year ago. Net income, including discontinued operations for the second quarter 2015, was $72.5 million or $3.78 per share and included the pretax gain on the sale of Zohydro ER, which was sold in April 2015. That compared with the net income of $62.9 million or $3.59 per share for the second quarter a year ago, which included the pretax gain on the sale of SUMAVEL DosePro.

Total revenue for the 6 months ended June 30, 2015, totaled $12 million. This reflected $10.2 million of contract manufacturing revenue and $1.8 million of service and other product revenue. And this compares to total revenue of $14.1 million in the 6 months ended June 30, 2014, and included $2.2 million of contract manufacturing revenue and $11.9 million of net product and other service revenue. The increase in contract manufacturing revenue and decrease in net product revenue in the second quarter of 2015 was due to the sale of SUMAVEL DosePro business to Endo and the subsequent performance under the related supply agreement.

Research and development expenses for the 6 months ended June 30, 2015, totaled $11.4 million, up from $5.7 million a year ago, as we continued preparations for our 2 Phase III studies for ZX008 and a multidose clinical trial for Relday. And selling, general and administrative expenses for the 6 months ended June 30, 2015, totaled $13.9 million, down from $21.6 million a year ago, as the company incurred selling expenses for SUMAVEL DosePro prior to its sale in May 2014.

Income from discontinued operations was approximately $66.5 million compared to a loss of $3.7 million (sic) [$30.7 million] in the year-ago period. Income from discontinued operations includes a gain on the sales of Zohydro business of $75.6 million, net of tax expense, and the $5 million for the Purdue waiver agreement that we received on June 29, 2015. We reported a net loss from continuing operations of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

$16.9 million for the 6 months ended June 30, 2015, compared with net income of $72.6 million for the 6 months ended June 30, 2014.

Net income, including discontinued operations for the second quarter of 2015, was $49.6 million or $2.59 per share, and it included the pretax net gain on the sale of Zohydro ER, which was sold in April 2015. This compared with a net income of $41.9 million or $2.40 per basic share and $1.31 on a fully diluted share basis for the year-ago period, which also includes a pretax gain on the sale of SUMAVEL DosePro.

Cash and cash equivalents as of June 30, 2015, totaled $77.4 million. This balance does not reflect the net proceeds of approximately $92 million from the recently closed follow-on offering, which we received subsequent to the quarter's end. Pro forma cash on hand, including net proceeds from the offering, is $169.4 million. We anticipate our current financial resources, including those related to the recently closed offering, will provide us with sufficient cash to fund operations through multiple key milestones, including the U.S. and European Phase III studies for ZX008, which are expected to be initiated in the fourth quarter of this year, and the potential regulatory approvals for ZX008 in the U.S. and Europe, which we currently expect to occur in 2017.

Looking at our financial expectations for 2015 reflecting continuing operations following the sale of Zohydro ER, these remain unchanged and now include second quarter actuals. We expect that our research and development expenses will be in the range of $19 million to $22 million for the second through the fourth quarters of 2015. In addition, we continue to anticipate that selling, general and administrative expenses will be $14 million to $16 million for the second half of 2015. Also, we still expect that contract manufacturing revenue from the supply of SUMAVEL DosePro to Endo will continue at a low single-digit markup over the cost of contract manufacturing. And finally, the company does not expect gain or loss from continued operations to be significant in the third or fourth quarter.

I'll now turn the call over to the operator to begin the Q&A session. Blake, would you please provide the instructions?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And we'll take our first question from Annabel Samimy with Stifel.

**Andrew Abriol Santos Ang**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

This is Andrew in for Annabel. I had a few questions. First, on Relday. Can you provide any color into what the potential Phase III studies design would look like? And if you had any time line in mind of securing your partner, and what Zogenix is putting in this partnership? And I had 2 follow-up questions on ZX008.

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

This is Steve. Thanks for your question. Regard to the clinical trial designs, yes, we've given that a lot of thought. And also, we actually had a very good pre-NDA meeting with the FDA some time ago where we started to talk about what the Phase III program would look. One of the -- and look at -- one of the reasons why we decided to try and find a strong global partner was recognizing that we -- we really should be running studies in the U.S. and Europe combined in order to get concurrent approval of this product, but half the value of these products actually is in Europe today. So we're looking at a Phase III program that is 2 efficacy trials, one is a U.S. requirement, one is EU requirement. And then there will be a single open-label trial that will collect all the patient exposures required for a submission in the United States. So we haven't given a lot of consideration right now to how long that study would take. If you look at other companies who have developed these type of products, it's not unusual for these Phase III efficacy trials to take around 18 months or even 2 years to conclude. So that I think we should assume that this trial will take about the same length of time. With respect to our time lines for finding a partner, we really want to ensure that the product is what we call Phase III-ready before we would initiate partnering discussions. On the chemistry side, we're basically there. We've been working with a commercial supplier, the formulation and who will package the formulation both for Phase III as well as for commercial. And now we're waiting for the final piece on the clinical side, which is the results from the Phase Ib trial that's currently up and running. That's a multidose PK tolerability safety trial, 4 arms, 3 arms, involving different doses of Relday and active comparator on risk withdrawal constant. We expect to get the top line PK data for that at the end of this quarter and then to get the full data set in the fourth quarter. However, we will be moving forward with a formal process, as I said, towards the end of this quarter, close to when we'd have those PK data available because we think they are quite important to being able to have meaningful discussions with potential partners.

**Andrew Abriol Santos Ang**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Great. And on -- so on ZX008, can you discuss your commercial strategies for the program? And second, you previously reported on the correlations between the SCN1A and Dravet. To what extent would your team be digging into that type of correlation?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

I'll take the first question and pass it on to Gail for the second. We -- obviously, we -- it's -- we are thinking about the commercial strategy for ZX008. We did retain some really critical commercial talent in Zogenix after we divested Zohydro. And they're working on the commercialization strategy for the U.S. right now. And likewise, we brought on Thierry Darcis, who will be heading up the European side of our business. We think this is obviously very different to our previous experience with SUMAVEL as well as with Zohydro. This is a much more concentrated market. We think that we can access this market with a relatively small commercial team. We can't give you a precise number right now of who would be in

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

the commercial team, but we do know that it's going to be relatively small compared to our previous experiences in Zohydro.

**Gail M. Farfel**
*Executive VP & Chief Development Officer*

With regard to the second question about exploring relationship between the SCN1A mutation and Dravet syndrome with ZX008, Dravet syndrome remains a clinical diagnosis. Not 100% of individuals with Dravet syndrome have an SCN1a mutation. So I believe we've spoken at our investor meeting or guided about the zebrafish model, and we are also looking at other preclinical models of Dravet syndrome that might enlighten us about the genetics of Dravet and also the place for the specific mode of action of fenfluramine. Some of these data will be presented in December at the American Epilepsy Society meeting. And further, we're exploring genetic genotyping of individuals who have the clinical diagnosis of Dravet during our Phase III program, which may help to advance the field in understanding the treatment response of those with Dravet syndrome.

**Operator**

And we'll go next to Paul Matteis with Leerink.

**Paul Andrew Matteis**
*SVB Leerink LLC, Research Division*

Great. I have a few as well. My first one -- my first question is on Relday. So I know that the study puts forth a lot of different endpoints on pharmacokinetics. I guess, I'm wondering, is there an actual primary efficacy analysis or primary endpoint in this study? And is there a statistical analysis on that? Are you looking for overlapping standard error bars during the oral supplementation period? I guess, can you just expound upon what exactly would be study success here?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Thanks, Paul, for your question. The short answer is no, we did not power this study for efficacy. It would've have been a much bigger study than we're running currently, which is just 60 patients spread over 4 cohorts. So it's been designed to allow us to establish the steady-state concentrations of risperidone and active [indiscernible] delivered by Relday versus the active comparator Risperdal Consta. There is a very rich literature out there to support what is the therapeutic window for these products to provide efficacy in patients with schizophrenia. So it's our belief that if we were able to establish that indeed the levels of Relday are within that therapeutic window, not only established for Risperdal Consta but also for INVEGA SUSTENNA, then I think that we would going to a Phase III program with a high level confidence that we would establish efficacy. Now we will be collecting safety. And as part of that, we will be looking at patients' well-being during the study. So we'll have -- if you like some idea of efficacy. But in no way is that study being powered to establish efficacy. We don't think it's necessary. It's more important to establish the steady-state PK.

**Paul Andrew Matteis**
*SVB Leerink LLC, Research Division*

Okay. That makes sense. And then could you talk about what additional data on ZX008 you'll be presenting at the American Epilepsy Society in December?

**Gail M. Farfel**
*Executive VP & Chief Development Officer*

Brad Galer is on the phone, our Chief Medical Officer. Brad, can you respond to this question?

**Bradley S. Galer**
*Executive VP & Chief Medical Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Paul, all I can say right now is that we submitted 2 clinical posters and 1 basic science poster. It's -- they are still in review. We assume that, indeed, they will be accepted. But since they have not been accepted yet, as none have, we're awaiting word, and we'll let you know as soon as we know.

**Paul Andrew Matteis**
*SVB Leerink LLC, Research Division*

Okay. Do any include new patients of efficacy data?

**Bradley S. Galer**
*Executive VP & Chief Medical Officer*

Yes. I mean, from the ongoing Belgium, we'll have new data to present more current data.

**Paul Andrew Matteis**
*SVB Leerink LLC, Research Division*

Okay, great. One more actually, if you don't mind. Just wondering, now with the expanded sample size in the Phase III program, I'm wondering what effect size you're powered for in the Dravet study?

**Gail M. Farfel**
*Executive VP & Chief Development Officer*

This is Gail. We have not discussed that publicly at this time.

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Maybe I can just say a couple of things, Paul. Just -- one, the sample size was expanded because we're looking at more groups than our original design, so that was one of the reasons we went about 156 to 105. And also, we had some good feedback from the FDA in terms of erring on the side of conservatism with respect to selecting a sample size, so we've taken that to heart as we've gone through a reevaluation of the protocol. But Gail is right. We haven't sort of discussed publicly yet what our effect size is, what the standard deviation is that's gone into our power analysis. But I would say that we've had a number of people working on it both internally and externally, and we feel comfortable where we're at.

**Operator**

And we'll go next to Difei Yang with Brean Capital.

**Difei Yang**
*Brean Capital, LLC, Research Division*

Just a couple. So the first question is with regards to the long-term open-label extension study. Would you comment the length of the study that the FDA wanted to see and if the approval is contingent upon the completion of that study?

**Gail M. Farfel**
*Executive VP & Chief Development Officer*

The length of the study initially will be 1 year, which is customary according to the regulations for long-term data in chronic illnesses. As often happens with orphan disorders, it is our intention at this point to have sequential extensions for individuals who respond to the drug and are compliant and wish to stay on ZX008 until it's available commercially.

**Difei Yang**
*Brean Capital, LLC, Research Division*

Okay. And also -- so that -- does that imply you need to have at least 1-year study completed by the time of approval? That sounded like -- implies that.

**Gail M. Farfel**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Executive VP & Chief Development Officer*

So that is generally what happens organically. One submits when the clinical -- when the double-blind trials have completed and are reported out and the first subjects who enter double-blind have already begun their open label. And the very last people enter -- who exit double-blind are the last ones to finish open label. And so generally, one meets the regulatory requirements of having enough data for individuals who have been on, in this case, ZX008, for 1 year by the time of approval.

**Difei Yang**
*Brean Capital, LLC, Research Division*

Okay. And the next one is easy one, on contract manufacturing -- revenue from contract manufacturing. I've noticed that Q2 has a higher revenue versus previous quarters. Is this just a onetime thing? Or seasonality related? Or we're going to see this recurring?

**Ann D. Rhoads**
*Former Executive VP, CFO, Treasurer & Secretary*

So it's a good question, Difei. I would just tell you that there are some seasonality-related considerations as it relates to the number of shipments that are released during a given quarter, but this is probably a good number to think about kind of on a go-forward basis, but it will move around a bit.

**Operator**

And we'll go next to Akiva Felt with Oppenheimer.

**Unknown Analyst**

This is Carlos Lorcino [ph] for Akiva Felt. I actually have a couple of questions. The first one is, with regards to ZX008, what other orphan indications are you thinking about or you think are worth exploring for this compound?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Go ahead, Brad.

**Bradley S. Galer**
*Executive VP & Chief Medical Officer*

Yes. Carlos, we actually haven't disclosed that yet, but what I can say is that we should be initiating one proof-of-concept study evaluating one particular pediatric orphan -- epileptic encephalopathy by the end of this year. And in addition, we are actively discussing and evaluating several other orphan pediatric conditions of epilepsy, both internally and with external experts, and those will likely start early next year. So these are things that we are very much evaluating seriously. And also, as Gail mentioned, we have ongoing studies looking at and further understanding mechanism of action, which also may help us point to where ZX008 may benefit patients.

**Unknown Analyst**

Okay, great. And then my next question is, your cash position looks really strong after Zohydro and the recent financing. And so do you guys have enough cash to fund the precommercial activities for ZX008? And how should we think about longer-term sales and marketing expense going forward?

**Ann D. Rhoads**
*Former Executive VP, CFO, Treasurer & Secretary*

So we do believe we've got adequate capital to get through the approvals and precommercial spending that would be required for ZX008. We haven't started to give specifics on expense guidance regarding kind of commercial infrastructure to support the product, but I think, as Steve mentioned, we expect it will be substantially less than what we've seen for our previous 2 commercial products. And if you take a look at the number of treating physicians, you can see that on the Dravet website, you can see that it's a pretty

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

concentrated group of specialists who treat these children with Dravet syndrome. And so we do believe with a reasonably small, kind of commercial/medical science liaison team that we could be covering these doctors at a far less cost or expense level than what we've seen on our previous products.

**Operator**

[Operator Instructions] We go next to Tim Lugo with William Blair.

**Raju Prasad**

This is Raj in for Tim. Did you guys conduct any DDI studies? Or had there been DDI studies conducted with the synthetic fenfluramine given the number of combinations with -- the patients have with AEDs [ph]?

**Gail M. Farfel**
*Executive VP & Chief Development Officer*

This is Gail. We have not conducted any of the human clinical DDI studies yet. We are creating a project plan to run those in parallel with Phase III.

**Raju Prasad**

Great. And then I think you mentioned in your prepared remarks that the high dose was 3 mgs per kg. Did you guys say what the low dose was and how will the dose titration be done over the 2 weeks?

**Gail M. Farfel**
*Executive VP & Chief Development Officer*

The -- what was mentioned in the prepared remarks was that the high-dose would be capped at 30 milligrams per kilo.

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

That's milligrams per day.

**Gail M. Farfel**
*Executive VP & Chief Development Officer*

Per day, right. 30 milligrams per kilo per day. And the age range of the study goes to adult weight, so 18-year-olds are the top. I'm sorry. The rest of your question was?

**Raju Prasad**

How about the low dose?

**Gail M. Farfel**
*Executive VP & Chief Development Officer*

So we have not specified as we are waiting for -- upon submission to the IND, we will be waiting for regulatory feedback on the selective doses. And so we will -- once we receive that feedback, then we'll be updating ClinicalTrials.gov and we'll inform you all of the doses when they are complete.

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Just to let you know, that the doses selected have been informed from the ongoing study in Belgium. So we feel confident that we have the right dose, and we will be submitting that as part of the IND to the FDA.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And that concludes our question-and-answer session. I will now turn the call back to Dr. Stephen Farr for closing remarks.

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Well, thank you, everyone, for joining us today. We're in a really strong position, probably the strongest position we've ever been as a company financially and operationally. And I'm really excited about our future prospects, and we all look forward to keeping you appraised of our further progress throughout the year. Thanks for joining us today. We really appreciate your interest in Zogenix. Have a great day.

**Operator**
Thank you, sir. And that does conclude today's conference. We thank you for your participation. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# EXHIBIT 14

**S&P Global**
Market Intelligence

# Zogenix, Inc. NasdaqGM:ZGNX
# Company Conference Presentation
**Wednesday, May 15, 2019 1:01 AM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

Case 3:19-cv-01975-RS    Document 54-1    Filed 12/10/19    Page 21 of 41

2

# Table of Contents

Call Participants .................................................................................. 3

Presentation .................................................................................. 4

Question and Answer .................................................................................. 5

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

2

# Call Participants

## EXECUTIVES

**Michael P. Smith**
*Executive VP, CFO, Treasurer &*
*Secretary*

**Stephen J. Farr**
*Co-Founder, CEO, President &*
*Director*

## ANALYSTS

**Tazeen Ahmad**
*BofA Merrill Lynch, Research*
*Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Good afternoon, and thanks for joining us for our next session. Our next presenting company is Zogenix.

Sitting with me are 2 members from the management team. CEO, Steve Farr is sitting right next to me, and sitting next to him is CFO, Mike Smith. Thanks, guys, for attending.

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Thank you.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

So this will be mostly Q&A. But I think for those people that may not be as familiar with the Zogenix story, maybe Steve, you could talk for 2 minutes about the company, what your focus is on and where you're at now. And then, we can take it from there.

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Sure. So Zogenix is a publicly traded company. We're based in Emeryville in California in the San Francisco Bay Area. And we're focusing on the drugs to treat rare disorders. Specifically, we're now focusing on a drug gold FINTEPLA for the treatment of severe refractory childhood-onset epilepsies. We have just completed our Phase III program in Dravet syndrome. We have a Phase III program ongoing in Lennox-Gastaut.

With respect to a regulatory update, we submitted a New Drug Application in United States for FINTEPLA in February for the treatment of seizures associated with Dravet syndrome, and at the same time submitted an MAA to the European Medicines Agency for the same indication. In early March, we received notification from the EMA that they had completed their validation of our submission and it was now under active review.

And at the beginning of April, we announced that we had a Refusal to File letter from the FDA with respect to our NDA submission. So there were 2 issues that the FDA highlighted. One was with respect to the fact that we did not submit chronic toxicology studies of 6- and 9-month duration in rat and non -- in rodent and non-rodent species. And also there was an error in one of our data sets pertaining to one of our clinical programs.

So we are now moving forward with a Type A meeting with the FDA to resolve these issues, and we are hopeful that we can resolve and to put a resubmission in our time line for early summer. So that's where we're at right now.
With respect to the chronic toxicity issue, it was unexpected. We felt it was inconsistent with prior guidance from the agency with respect to what was required to submit a 505(b)(2) application for FINTEPLA. So we're obviously anxious to have that meeting with the FDA and to see if we can come to an agreement to take those studies off the critical path.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Okay, thanks for that summary, Steve. So that is correct. I think everyone was surprised by the RTF considering that the data that you had produced in your clinical program have been so robust.

The molecule itself was part of another drug in a previous life. It was half of another drug, fen-phen. And that particular drug had a history of potential issues on safety, which ultimately led to fen-phen being removed from the market. You are looking at a different dose. It's obviously been studied in a different population now. And maybe you can just talk to us about the discussions that had taken place with the agency when you decided to look at this particular indication for this particular molecule. And when those discussions happened? And I guess, where you think the disconnect actually happened.

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Well, we started down this path in -- around 2015 where we inherited regulatory minutes from a previous owner of the asset. We actually acquired the company. It's a company was called Brabant Pharma. And we obviously, as part of our diligence, we were keenly aware of the past history of fenfluramine and wanted to balance that with the remarkable data that we generated in Belgium with respect to its use in Dravet syndrome in reducing seizures and making many patients actually seizure-free.

So what was clear from the regulatory minutes at that time, both with respect to FDA as well -- and also with respect to various national authorities in Europe was a recognition that because this is such a devastating disorder, that bringing the drug back to market would be appropriate providing the benefit outweighed the risk. And our discussions with both agencies, European as well as FDA, has always been in that context with respect to what we would do nonclinically, and more importantly, what we would do clinically.

It's worth pointing out to here that the concern around fenfluramine occurred in a post-market setting. It did not occur in any preclinical studies that were conducted by the sponsor at that time for the Pondimin NDA. So we embarked upon conducting a Phase III program with very intense regulatory feedback at the time with respect to what would be required to prospectively evaluate for a potential cardiovascular signal in our Phase III program. So here we are 3-plus years later I think with really stellar data, both from an efficacy and safety perspective where we have not been -- where we have not demonstrated in any child in our program. We have over 300 children in open-label extension right now. We're continuing to monitor for echos -- for valvulopathy through echocardiography and have seen no evidence of valvulopathy or importantly for pulmonary arterial hypertension.

So we feel that with respect to a cardiovascular safety signal, which led to its withdrawal from the market, we adequately addressed that in our Phase III program. It's our belief that really conducting chronic toxicity studies are not going to add to our knowledge of that because it really was not been -- was not demonstrated with any robustness in any animal model, and we've obviously studied it in humans where the safety signal had occurred. So that's where we stand.

We did conduct the nonclinical trials or the studies that we felt we had agreement with the FDA on. We were going to reference the chronic toxicity from the old Pondimin days, reference it through literature, and then to supplement that with nonclinical trials -- or nonclinical studies, I should say, with genotoxicology and importantly, juvenile toxicology, which allowed us to really bridge from the non-chronic tox to allow us to start to dose children, and then ultimately to move forward with reproductive toxicology and cancerogenicity testing as a post-market required studies . So all that was basically laid out in our regulatory documentation.

So as you said, it was unexpected and a surprise for us to see it sort of appear in our Refusal to File letter. So it's incumbent upon us as the sponsor now to put together a briefing package, which we've done, which

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

we, I think, lays out the scientific rationale from our perspective in terms of why these studies are not required and to engage in discussion and dialogue with the FDA to see how we can move forward here.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

So is the primary point of this meeting to convince the agency that these studies are not needed? Or is the purpose to figure out the fastest way to get the drug approved?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

I think it's both. We, look, we do not think these studies are required. Because it's not going to add to anything that will sort of change labeling with respect to this product. But having said that, we obviously would be willing to conduct the studies and to provide that data to the agency if it was not on the critical path for the NDA resubmission. When you look at the efficacy that we generated in Phase III and see the benefit that we have provided to children in our clinical program, it doesn't seem the appropriate step to prevent those -- the drug coming to market whilst awaiting for these chronic toxicity studies to conclude. So our hope is that we can take these studies off the critical path.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

So what are the potential outcomes of the FDA -- of the Type A meeting with the FDA? Can you kind of give us different scenarios? So the best scenario would be FDA agrees you don't need to redo those at 6- to 9-month long-term tox studies. And in a worst-case scenario, you can do it as a Phase IV requirement. But what are the other potential outcomes?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

I think those are the 2 favorable outcomes with respect to -- from our perspective in being able to resubmit the NDA as fast as possible. Look, there is a scenario whereby we conduct those studies. And they are a requirement for the NDA submission. And we've talked about the fact that there was -- we are preparing to run those studies. There is a likely 12- to 15-month delay with respect to the NDA resubmission. So we think that's the worst-case outcome from our Type A meeting. We don't think it impacts at all our findings of safety and efficacy. We have 2 well adequately well-controlled studies that show efficacy and also show the drug is safe, not only from a general safety perspective, but also specifically from a cardiovascular perspective. So the worst-case outcome here would be that we have a delay in our resubmission. We're hopeful we don't go there. And I think we've put together a very compelling argument to suggest that these studies are not required, and that's why we'll have that Type A meeting with the agency.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

So from the vantage point of the agency, they would have had, for example, seen the high-quality efficacy data that you produced as part of your clinical package. I think the biggest surprise to people might have been that they decided right away that they didn't want the application to move forward.

So given that you have breakthrough status, this is an area of under-met need, I guess for those who might have more -- a higher level of concern about what the agency is looking for, if it was something that the agency had felt could have been resolved during the review process or felt strongly that doing these studies after -- while the drug is approved and in the market would have been sufficient, why wouldn't they have held off in giving you an RTF? So I guess, what's your view on that?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Yes. Well, I think my view is that as part of the acceptance of the submission for filing, they are not doing a review per se of the NDA. They are basically doing checks to make sure that things are there, where they expect them to be there. And that's certainly, I think, true of nonclinical, where if you look at the RTF issue there, it's the fact they did not find chronic toxicity studies in our submission which led to that one particular issue.

So I don't think it's fair to say that they had opportunity to evaluate benefit/risk as part of the acceptance. I think that would've been something they would've done later on during their review. So I think where we're at right now with respect to our Type A meeting is bringing to the fore the totality of the data that we have in our NDA, in addition to a lot of supportive information in the literature to, I think, come to the conclusion that these studies are not going to add any value to the submission, and it should go forward without it.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

So if it's the case that you were able to refile and have your application then accepted, how are you thinking about time lines to launch for Dravet then?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Well, it would be a resubmission potentially in the summer months as we pool together all the revisions to where the NDA sections that need to be revised. It's not a complete NDA resubmission but just the sections which are affected. And then we would hope that, that would be appropriate for acceptance of the filing. And then, we potentially still would qualify for priority review, so that would give us a sort of 6-month review clock. So sort of taking that forward, we could be in a position to sort of have an approved drug in the first quarter of next year, I think is where we're at.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

And then when would you launch? Would it be immediate?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

And we would be immediate. We were getting ready to launch this product very shortly after approval. We have made some great progress in terms of hiring the commercial management team, both with respect to sales, marketing -- market access. And those people are busy today ensuring that we can do all the studies required in order to get ready for launch. What we didn't do is actually hire the field-based team. And we feel that we can hire that in relatively short order once we know that we're on a path to approval. So we should be in a position to launch the product very soon after approval.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

And how big of a sales force do you think you would need for this? Because your goal is to have 2 indications, not just Dravet but as well ultimately, LGS.

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Yes. It's 2 indications, ultimately. But our plan A here is to move forward with a submission for Dravet syndrome first and then to follow that up with Lennox-Gastaut once the study is complete and is read out and we have the clinical study reports.

So if we move forward with the resubmission in the summer months, it would be for Dravet syndrome only. So our focus upon launch will be Dravet syndrome and not to be deflected by a potential indication coming down the pipe. So based upon that, we feel that a sales force of around 20 key account managers

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

is appropriate. And also, we will have, in addition to the commercial team, we'll actually expand our MSL team. We currently have about 7 or 8 MSLs in the United States, so we would move that number up a little bit as well to help support the commercialization of the product.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

And parents of children with these rare epilepsies seem to be well informed of therapies that are on the pipe to getting approved. Based on the clinical data that you've collected so far, can you remind us of how many patients have been treated specifically for Dravet with your product?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Yes, in the United -- so globally, principally Western Europe and the United States, we've had over 300 children in our Dravet studies. So that's the sum total if you like. We do have an expanded access program up and running in both Europe as well as United States. Europe started a little ahead of the United States. So we're seeing a good inflow of patients to our expanded access program as well.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Can you talk about your latest view about the potential of having a REMS as part of your approval?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Yes, we feel there will be a REMS. And I think that's appropriate with respect to what we've done in our clinical program and the importance of monitoring for potential cardiovascular effects, such as valvulopathy. And we've worked very hard in Phase III, and we'll translate that into the commercial setting, of ensuring we know how to organize baseline echos without it being impactful on the prescriber, or indeed, on the family, and then ultimately to ensure that those children -- or patients actually have echoes at some period once they're on treatment.

We think that we can reduce the frequency of doing echos. In our clinical program, we were looking -- we actually conducted echoes every 3 months, but we're generating a lot of data that shows there's no incidents of valvulopathy. So we feel it is appropriate and supported to actually reduce that cadence to about twice a year for the first couple of years, and then ultimately go to once a year thereafter. That's our proposal. It ought to be something that the FDA will want to opine on once they ultimately review our NDA.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

I guess, how often do epileptologists use echos in their current practices with these patient populations?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Epileptologists, for any other drug, zero. So obviously, this will be something new for them. Although it's interesting that many of the prescribers -- the future prescribers of this drug for Dravet syndrome are in our trial or at least in our expanded access program, so they've become very familiar with how those echoes would be conducted. It's -- what we will do in the commercial setting is really have patient-focused individuals, either in our company or a specialty pharmacy, who will ensure that these patients get the echoes without the epileptologist having to worry about it. So this will be done almost in a sort of back-office fashion as opposed to something that the prescriber will need to worry about.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So maybe, Steve, you could share with us some feedback that you've been collecting about the market opportunity for a drug with this profile, what have doctors been telling you about their excitement level of wanting something like this?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

They're very excited. There's been overwhelming support for the product and correctly, quite some frustration on the Refusal to File letter, which may have potential impact on the availability of the product. Investigators in our trial, key opinion leaders who are not in our trial really understand the efficacy profile and understand what we're doing with respect to the echoes and accept that and think it's the appropriate and responsible thing to do. So there's no question, a real desire to see this drug on the market because it's an unmet medical need. It's great to see other drugs that have been launched into this, particularly Epidiolex, and off to a great start. But I think that just underscores the real unmet need here, and we think our drug will play a meaningful role.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

So maybe we could talk about LGS, which is quite a bit larger market opportunity relative to Dravet, maybe 3 or 4x the size. Can you just give us an update on where you are with the trial that you're running -- your pivotal trial for LGS? And when it's going to read out?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Yes. So we're running a single global Phase III trial. It's the only trial that we require for submission in Europe and the United States. It's a study that we started in late 2017. We are highly confident that will be fully enrolled in the second half of this year and certainly in time for a top line readout in Q1 of next year .

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

And just remind us of how many drugs these patients could be on by the time they're entering your trial.

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Yes, they could be on any number of drugs, either currently on or have cycled through the vast majority of available drugs. So yes, these are highly refractory patients that are probably on 2 or 3 antiepileptics, maybe more by the -- and will continue on those drugs whilst they're in our trial.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Are you letting patients that are currently on Epidiolex and continue -- would continue to want to be on it be enrolled into the study?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

We -- our focus on free enrollment right now is Europe, where the drug is not approved. And in fact, our enrollment in the United States is almost done by the time Epidiolex was approved. So it'd be surprising that any patients in our LGS program are on Epidiolex.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

But there's no restriction per se.

**Stephen J. Farr**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Co-Founder, CEO, President & Director*

No restriction per se, but it's just from a functional perspective that -- because the availability of drugs, unlikely that they would be on it.

**Michael P. Smith**
*Executive VP, CFO, Treasurer & Secretary*

Yes, it has to be an approved agent. That's the restriction, so...

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Thank you, Mike.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

So when you're done with your LGS program, how many patients will have been treated for LGS?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

We are targeting over -- between 225 is the randomization number. So yes, it's likely to be slightly above that just based on the fact that it's hard to turn off a trial once you start it, so we're likely to see sites wanting to bring in subjects they've identified.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

As we've spoken to physicians over the last few years, this is certainly a category where doctors like to try drugs that are either on-label, potentially off-label. Obviously, you would only be marketing to what's on-label for Zogenix. But how do you kind of think about how difficult or not difficult it would be should a doctor want to try to use your product in a related type of epilepsy, let's say, given that you are expecting a REMS program? Is that a rate determining factor here?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

I think it will have some impact because we will have to go through a REMS program. But we don't think it's going to be that impactful. Physicians could do what they want to do. And providing they can rationalize the type of seisures the patient have is on-label, then I think they're free to justify why the patient should be on FINTEPLA. And we've seen obviously a lot of interest in our market research about wanting to try this drug elsewhere. We are conducting a number of investigator-initiated studies outside of Dravet and LGS, which are highly refractory epilepsies in their own right. So we do expect there to be some use along the lines of what you just said.

**Michael P. Smith**
*Executive VP, CFO, Treasurer & Secretary*

Yes. I mean the drugs are approved by seizure types, so you'll get that crossover regardless of what the etiology is or what the disease basis is coming from. I think for milder types, we would expect it maybe to have more of an impact. Milder patients, they have more of a burden to say -- or more of a challenge to say, "Well, maybe we won't necessarily try this yet." But for the patients that are having trouble controlling their seizures, it's a framework that's no more burdensome or even less burdensome maybe than liver monitor -- enzyme monitoring. So they're no blood draws or anything. But it's a new person so that's kind of a step to the cardiologist to work with in the context of the epileptologist. But it's something that shouldn't be, I think, a barrier because most of the patients probably that are going to be looked at for such an option are going to have a decent seizure burden.

**Tazeen Ahmad**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*BofA Merrill Lynch, Research Division*

What would you say is the awareness amongst parents of these children about your drug program?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

I think it's quite the high, particularly we've -- I think there's a lot of knowledge around the Dravet Syndrome Foundation about our drug and the efficacy of our drug. So I think from that perspective, it's high. And they will increase obviously with time. And there's very good recognition amongst physicians who practice at national sort of tertiary centers. Our goal, of course, is to increase awareness at the more regional epilepsy centers as we get closer to approval.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

So I guess as we try to look beyond the first 2 indications that you're going to go for, Dravet, LGS, do you want to stay within the rare pediatric epilepsy group and try to just do more studies and get more label adds? Or are you also open to potentially acquiring new assets and moving in a slightly different direction?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

It's both, both of those. Look, we do think there is some other indications that we should pursue for FINTEPLA. And we're currently sort of prioritizing those right now, studies that we would do ourselves, which ultimately would end up being something that could form an indication in the label as well as being able to support the investigative community in doing investigator-initiated studies. So we're open to doing both of those, and we're also active in business development right now.

Look, we would love to try and expand our pipeline to other rare indications. We have a preference for neurology, but we're also looking outside neurology as well. I think the key factor here, it needs to be a rare disease. It needs to be something that we know we can add value doing clinical development and ultimately be able to commercialize with a very efficient footprint. So we're looking at both.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

And would you want to focus on pediatric conditions or would adults also be on the table?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

A lot of the rare disorders are pediatric-focused, so I think it's -- our preference is pediatric. It's not exclusive, but our preference would be pediatric.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

So the field of epilepsy seems to have evolved really quickly in the last, I would say, 2 to 5 years with many different companies looking at many different types of epilepsies, both rare and not rare, using traditional drug-based approaches and some even trying to look at gene therapies, for example. So as these different mechanisms are being explored, what would be -- if you were to engage in business development right now, would you want to stay within epilepsy? Would it be your preference to stay within epilepsy, or some kind of related, you've mentioned CNS condition?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Yes. I think the answer is both again. We -- I think if you look at -- if you see what we're looking at right now in general terms, I think it covers genetic epilepsies. It covers genetic epilepsies with a genetic

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

-- a gene therapy approach as opposed to just a small molecule approach. We're also looking at other opportunities, which are outside of epilepsy but in rare disorders. Mike, anything to say?

**Michael P. Smith**
*Executive VP, CFO, Treasurer & Secretary*

Yes. I think -- yes, the common thread is where we can find opportunities that could make a significant impact and investing in something that has events and development plans that could elucidate that value creation. We're competitive in epilepsy at this point just from a success standpoint in network basis. So it's these that's overlapping with a lot of things that we're looking at because of that.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Can you just maybe remind us about IP for FINTEPLA? So beyond the orphan designations, how do you kind of envision building that out?

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Yes, so IP is clearly an evolving story because we have a number of patent families that are applied to Dravet and potential future label expansion into LGS and other disorders. Right now we have 4 issued U.S. patents which are all method of treatment or method of use patents, which describe the use of fenfluramine for the reduction of seizures associated with Dravet syndrome, whereas fenfluramine is used in combination with other drugs. So we have a lot of claims there.

And what we have done in our drug product label is clearly try and emphasize the findings that we have, which have led to patents that are important with respect to how the drug will be used. So in dose and administration sections, in drug-drug interaction sections, we think there's an opportunity to really extend exclusivity beyond orphan drug exclusivity. So these will be a bona fide Orange Book listable patents with a use code that we think will be able to provide more exclusivity -- or a longer exclusivity than just orphan drug.

**Tazeen Ahmad**
*BofA Merrill Lynch, Research Division*

Okay. I think with that, we are just about out of time. So thanks, everybody, for joining us this evening. And thank you, Steve and Mike, for presenting at our conference in Las Vegas.

**Stephen J. Farr**
*Co-Founder, CEO, President & Director*

Thank you. Thanks for inviting us.

**Michael P. Smith**
*Executive VP, CFO, Treasurer & Secretary*
Yes, thanks for having us.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# EXHIBIT 15

This report is intended for britchie@lifesciadvisors.com at NO ACCOUNT DESIGNATED. Unauthorized distribution of this report is prohibited.

# GUGGENHEIM

May 8, 2019

**Yatin Suneja, Analyst**
yatin.suneja@guggenheimpartners.com
212 518 9565

**Derek S Johnson, Ph.D., Associate**
derek.johnson@guggenheimpartners.com
212 518 9182

## ZGNX      NEUTRAL

**Zogenix, Inc.**
**Sector: Biotechnology**

## Earnings Release

| | |
|---|---|
| Share Price | $38.19 |
| Price Target | $40.00 |

**EPS ($)**

| (FY DEC) | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| 2018 | (0.87) | (0.82) | (1.08) | (0.53) | (3.27) |
| P/E | | | | | NM |
| 2019 | (0.83) | (0.87)E | (0.93)E | (0.99)E | (3.63)E |
| Prior | (0.85) | (0.92)E | (1.00)E | (1.08)E | (3.85)E |
| P/E | | | | | NM |
| 2020 | — | — | — | — | (4.00)E |
| Prior | — | — | — | — | (4.30)E |
| P/E | | | | | NM |

**Revenue ($M)**

| (FY DEC) | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| 2018 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| P/S | | | | | |
| 2019 | 0.0 | 0.0E | 0.0E | 0.0E | 0.0E |
| P/S | | | | | |
| 2020 | — | — | — | — | 0.0E |
| P/S | | | | | |

**Financial Metrics**

| | |
|---|---|
| Cash | 481 |
| Net Cash/Share | 10.37 |
| **Market Data** | |
| 52-Week Range | $33.43 - $62.75 |
| Shares Out (M) | 42.4 |
| Market Cap (M) | $1,620 |
| ADV (3 mo; 000) | 788 |
| Long Term Debt (M) | $0 |

## ZGNX - 1Q19; Type A Meeting Scheduled for June; NDA Resubmission Update Likely in the June/July Timeframe

**Key Message:** Today, on its 1Q earnings call, ZGNX mgmt noted that a Type A meeting with the FDA has been scheduled for early June. Recall that last month, the FDA issued a RTF letter for Fintepla's (a low dose fenfluramine) NDA, therefore this meeting should clarify the path forward. Until the official minutes are released in late June/early July, we still have a lack of clarity on what the future resubmission timeline looks like (potential for 6-18 months delay). We see a 50:50 chance of early filing vs. significant delay and potential $10+/- move in the stock. Reiterate NEUTRAL, $40 PT.

**Type A meeting to discuss RTF in June.** Recall that last month, the FDA issued a refusal to file (RTF) for Fintepla's NDA in Dravet syndrome based on **(1)** an incorrectly submitted dataset and **(2)** lack of chronic toxicity data (see our note HERE). The company has scheduled this meeting with the FDA for early June to discuss the next steps necessary to get back on track for a resubmission. Per FDA guidelines, the minutes from that meeting will be released 30 days following the meeting, which will likely mean we'll have more information by early July. At that point we will have much more clarity on what the future looks like for Fintepla.

- **Chronic preclinical tox data exist; but will the FDA accept it?** The company notes that chronic preclinical tox data from fenfluramine's previous NDA submission can no longer be cited because that NDA was suspended when the drug was pulled from the market. Management further notes that while the findings from these studies are in the public literature, the full studies are not. However, we think it is important to note that the available datasets do include more than the required 9 months of chronic dosing data in both rats and dogs. *If the FDA accepts these older studies, the company hopes to resubmit the NDA asap.*

- **Chronic tox studies in animals won't capture cardiac issues, so its not clear what the FDA is looking for.** Management noted that the potential cardiac issues (fenfluramine's association with valvular heart disease or pulmonary hypertension) that have been seen in humans aren't necessarily recapitulated in animal studies. Hence, if the cardiac issues are not addressable with these preclinical studies, the FDA's current safety concerns seem all the more confusing and bizarre. We note that ZGNX has completed comprehensive cardiac monitoring in Fintepla's Phase III studies, and it is reassuring that based on ECHO data on a longitudinal basis (n=232), no signs of cardiac valvular heart disease or pulmonary hypertension were observed in any patient at any time.

- **Preparations are underway for possible repeated tox studies.** While the company hopes to be able to reference existing old datasets, management has started preparations for repeating these studies in the event that the FDA requires them to. *If the FDA requires ZGNX to complete their own 6-9 month chronic tox studies, it will significantly delay the NDA resubmission (we estimate ~12-18 months).*

- **RTF unlikely to affect EMA decision.** Management indicated that the EMA has already validated their data package and that the data given was sufficient to start their review process, so the timeline for European approval remains unaffected.

**LGS trial continues to enroll, despite regulatory setbacks.** The company is pressing on with Study 1601 to evaluate Fintepla in Lennox-Gastaut sydrome (LGS). The company is seeing "impressive" enrollment in the new EU sites and expects the trial to be fully enrolled in 2H19, with data on track for 1Q20. Importantly, management is confident that the RTF and continued negotiations with the FDA will not delay this study.

BIOTECHNOLOGY

**ZOGENIX, INC.**                                                                                           **May 8, 2019**

**Launch preparations are underway in Europe.** In anticipation of a positive EMA decision for Fintepla, the company has begun preparing for commercial launch in the EU. The company already has 8 people on the ground, mostly covering reimbursement and access functions and plans to launch in sequential fashion (country by country).

**1Q19 Financials.** ZGNX reported 1Q net loss of $35.2MM or ($0.83) per share on R&D expenses of $24.4MM and SG&A expenses of $10.9MM. ZGNX ended 1Q with $480.7MM. We have updated our model to reflect the current spend rate. Reiterate NEUTRAL and $40PT.

## Exhibit 1. Milestones

| Agent | | Indication | Trial | Potential Catalyst | Timing | Stock Impact* |
|---|---|---|---|---|---|---|
| Fintepla (low-dose fenfluramine) | • | Dravet Syndrome | N/A | Type A meeting with FDA | early June | ++ |
| | • | Dravet Syndrome | N/A | Type A meeting minutes | late June/ early July | +++ |
| | • | **Dravet Syndrome** | **N/A** | **Likely PDUFA action date** | **TBD** | **+++** |
| | • | Dravet Syndrome | N/A | Possible commercial launch | TBD | +++ |
| | • | Doose Syndrome | Phase III | Initiate study | 2H19 | ++ |
| | • | Lennox Gastaut | Phase III Study 1601 | Complete study enrollment | 2H19 | ++ |
| | • | Dravet Syndrome | N/A | EMA decision on MAA | 1Q20 | ++ |
| | • | **Lennox Gastaut** | **Phase III Study 1601** | **Topline data** | **Est. 1Q20** | **+++** |
| **Fintepla + cannabadiol** | • | Dravet Syndrome/Lennox-Gastaut | Phase I/II | Topline safety data | 2Q19 | + |

*Stock Impact: + low, ++ medium, +++ high

*Source: Guggenheim Securities LLC research, and Company reports*

Case 3:19-cv-01975-RS   Document 54-1   Filed 12/10/19   Page 36 of 41

## Exhibit 2. Valuation

| Valuation — Sum-of-the Parts (SOTP) NPV | | | |
|---|---|---|---|
| **Products** | **NPV ($MM)** | **Probability of Success** | **NPV Per Share** |
| Fintepla | $1,487 | 50-80% | $32 |
| Estimated YE19 cash | $372 | - | $8 |
| **SOTP** | **$1,860** | | **$40** |

| | |
|---|---|
| Shares Outstanding - Basic | **42.4** |
| Shares Outstanding - Fully Diluted (~4.0MM options) | **46.4** |

| | |
|---|---|
| Cash | $481 |
| Cash/share | $10.37 |

*Source: Guggenheim Securities LLC research, and Company reports*

## Valuation.

- Our $40 PT for ZGNX is based on a sum-of-the-parts (SOTP) net-present-value (NPV) analysis.
- We include **(1)** probability-adjusted NPV of Fintepla in Dravet, Lennox-Gastaut, and refractory epilepsies, and **(2)** the company's anticipated YE19 net cash position.
- We use a 10% discount rate with zero terminal value, which we believe is appropriate for similar stage companies.

## Risks.

Upside Risks:

- Rapid resolution of current RTF with FDA
- Approval of Fintepla and better than expected uptake in LGS and refractory epilepsies

Downside Risks:

- RTF issues result in 2+ year delay before Fintepla approval in Dravet
- Slower than expected uptake in all projected indications due to robust competition

Case 3:19-cv-01975-RS   Document 54-1   Filed 12/10/19   Page 37 of 41

BIOTECHNOLOGY

ZOGENIX, INC.

May 8, 2019

# Exhibit 3. P&L

**Zogenix (NASDAQ: ZGNX)** — Yatin Suneja — (212) 518-9565 — yatin.suneja@guggenheimpartners.com

| ZGNX: P&L ($MM), except per share units | FY 2016A | FY 2017A | Mar 1Q18A | Jun 2Q18A | Sep 3Q18A | Dec 4Q18A | FY 2018A | Mar 1Q19A | Jun 2Q19E | Sep 3Q19E | Dec 4Q19E | FY 2019E | FY 2020E | FY 2021E | FY 2022E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fintepla sales** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 23.1 | 124.8 | 395.6 |
| Dravet (risk-adjusted) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.4 | 64.4 | 105.0 |
| LGS (risk-adjusted) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 14.7 | 60.4 | 258.1 |
| Other refractory seizures (risk-adjusted) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 32.5 |
| *QoQ growth* | | | | | | | | | | | | | | | | |
| *YoY growth* | | | | | | | | | | | | | | | 440% | 217% |
| Contract manufacturing, other | 28.9 | 9.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total revenue** | 28.9 | 9.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 23.1 | 124.8 | 395.6 |
| *YoY growth* | | | | | | | | | | | | | | | 440% | 217% |
| COGS (includes milestones payments) | 22.5 | 10.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 25.8 | 21.0 | 29.2 |
| *Gross margin* | | | | | | | | | | | | | | | 83% | 93% |
| R&D | 41.8 | 67.4 | 23.0 | 26.7 | 27.6 | 23.6 | 100.9 | 24.4 | 25.5 | 26.5 | 27.5 | 103.9 | 135.0 | 140.0 | 145.0 | 150.0 |
| G&A | 27.0 | 25.9 | 8.1 | 8.6 | 11.0 | 11.3 | 39.0 | 10.9 | 12.5 | 14.5 | 16.5 | 54.4 | 75.0 | 115.0 | 135.0 | 150.0 |
| Other | 10.2 | 1.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 0.0 | 0.0 | 0.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total OpEx** | 101.5 | 105.7 | 31.1 | 35.3 | 38.6 | 34.9 | 139.9 | 38.3 | 38.0 | 41.0 | 44.0 | 161.3 | 210.0 | 280.8 | 301.0 | 329.2 |
| **Operating income (loss)** | (72.7) | (95.8) | (31.1) | (35.3) | (38.6) | (34.9) | (139.9) | (38.3) | (38.0) | (41.0) | (44.0) | (161.3) | (210.0) | (257.7) | (176.2) | 66.5 |
| Other income (expense), net | 3.1 | (30.2) | 0.9 | 6.5 | (3.6) | 12.5 | 16.2 | 3.1 | 0.0 | 0.0 | 0.0 | 3.1 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Pre-tax income (loss)** | (69.6) | (126.0) | (30.2) | (28.8) | (42.3) | (22.4) | (123.7) | (35.2) | (38.0) | (41.0) | (44.0) | (158.2) | (210.0) | (257.7) | (176.2) | 66.5 |
| *Tax rate (%)* | | | | | | | 0% | | | | | 0% | 0% | 2% | 3% | 5% |
| Income tax | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (5.2) | (5.3) | 3.3 |
| Others | (0.1) | (0.8) | 0.0 | (0.2) | 0.0 | 0.0 | (0.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net income (loss)** | (69.7) | (126.8) | (30.2) | (29.0) | (42.3) | (22.4) | (123.9) | (35.2) | (38.0) | (41.0) | (44.0) | (158.2) | (210.0) | (252.5) | (170.9) | 63.1 |
| **GAAP EPS** | (2.81) | (4.65) | (0.87) | (0.82) | (1.08) | (0.53) | (3.27) | (0.83) | (0.87) | (0.93) | (0.99) | (3.63) | (4.00) | (4.40) | (2.85) | 1.00 |
| Diluted shares | 24.8 | 27.3 | 34.8 | 35.4 | 39.2 | 42.0 | 37.9 | 42.2 | 43.5 | 44.0 | 44.5 | 43.6 | 52.5 | 57.4 | 59.9 | 63.0 |
| Cash | $294 | $272 | $272 | $272 | $577 | $514 | | $481 | $447 | $411 | $372 | | $438 | $216 | $78 | $178 |
| Debt | | | | | | | | | | | | | | | | |
| Net cash/share | | $10.75 | $7.81 | $7.70 | $14.71 | $12.24 | | | | | | | | | | |
| *Burn ($MM)* | | $0 | ($21.6) | $0.2 | ($32.3) | ($63.1) | ($117) | ($33.3) | ($28.9) | ($31.2) | ($33.4) | ($127) | | | | |
| *Net capital raise ($MM)* | | | | | 337.3 | | | | | | | | 250.0 | | | |
| *R&D* | $2.3 | $2.0 | $0.7 | $1.1 | $3.3 | | | | | | | | | | | |
| *SG&A* | $5.0 | $4.2 | $1.2 | $2.0 | $3.7 | | | | | | | | | | | |
| **Stock-based compensation** | **$7.4** | **$6.2** | **$1.9** | **$3.1** | **$7.0** | **$4.2** | **$16.1** | **$4.2** | **$4.6** | **$4.9** | **$5.3** | **$19.0** | **$25.2** | **$30.6** | **$33.6** | **$36.0** |
| *% R&D + G&A* | 11% | 7% | 6% | 9% | 18% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% |

*Source: Company reports and Guggenheim Securities, LLC estimates*

GUGGENHEIM SECURITIES, LLC

See pages 6 - 7 for analyst certification and important disclosures.  Page 5

BIOTECHNOLOGY

| ZOGENIX, INC. | May 8, 2019 |
|---|---|

## ANALYST CERTIFICATION

By issuing this research report, each Guggenheim Securities, LLC ("Guggenheim Securities") research analyst whose name appears in this report hereby certifies that (i) all of the views expressed in this report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst.

## IMPORTANT DISCLOSURES

The research analyst(s) and research associate(s) have received compensation based upon various factors, including quality of research, investor client feedback, and Guggenheim Securities, LLC's overall revenue, which includes investment banking revenue.

Guggenheim Securities, LLC or its affiliates expect(s) to receive or intend(s) to seek compensation for investment banking services from Zogenix, Inc. in the next 3 months.

Please refer to this website for company-specific disclosures referenced in this report: https://guggenheimsecurities.bluematrix.com/sellside/Disclosures.action. Disclosure information is also available from Compliance, 330 Madison Avenue, New York, NY 10017.

### Rating and Price Target History for: Zogenix, Inc. (ZGNX) as of 05-08-2019



Created by: BlueMatrix

## RATINGS EXPLANATION AND GUIDELINES

**BUY (B)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of 10% or more within a 12-month period.

**NEUTRAL (N)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of between plus 10% and minus 10% within a 12-month period.

**SELL (S)** - Describes stocks that we expect to provide a total negative return (price appreciation plus yield) of 10% or more within a 12-month period.

**NR** - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Guggenheim Securities, LLC policies.

**CS** - Coverage Suspended. Guggenheim Securities, LLC has suspended coverage of this company.

**NC** - Not covered. Guggenheim Securities, LLC does not cover this company.

**Monitor -** Describes stocks whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

**Under Review (UR) -** Following the release of significant news from this company, the rating has been temporarily placed under review until sufficient information has been obtained and assessed by the analyst.

Guggenheim Securities, LLC methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

Price targets are assigned for Buy- and Sell-rated stocks. Price targets for Neutral-rated stocks are provided at the discretion of the analyst.

BIOTECHNOLOGY

| ZOGENIX, INC. | May 8, 2019 |
|---|---|

**Equity Valuation and Risks**: For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at https://guggenheimlibrary.bluematrix.com/client/library.jsp, contact the primary analyst or your Guggenheim Securities, LLC representative, or email GSResearchDisclosures@guggenheimpartners.com.

**RATINGS DISTRIBUTIONS FOR GUGGENHEIM SECURITIES:**

| Rating Category | Count | Percent | IB Serv./ Past 12Mos. | |
|---|---|---|---|---|
| | | | Count | Percent |
| BUY | 198 | 54.85% | 23 | 11.62% |
| NEUTRAL | 151 | 41.83% | 5 | 3.31% |
| SELL | 12 | 3.32% | 0 | 0.00% |

**OTHER DISCLOSURES**

This research is for our clients and prospective clients only. Other than disclosures relating to Guggenheim Securities and its affiliates, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the research analyst's judgement. Guggenheim Securities conducts a full-service, integrated investment banking and brokerage business, and one or more of its affiliates conducts an investment management business. Guggenheim Securities is a member of SIPC (http://www.sipc.org). Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and our employees trading for our own account that reflect opinions that are contrary to the opinions expressed in this research. Guggenheim Securities or certain of its affiliates conducts an investment management business, trades for its own account, and conducts an investment business, and may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research. We and our affiliates also may sell to or buy from customers on a principal basis the securities described herein. We and our affiliates also do business with, or that relates to, companies covered in Guggenheim Securities' research, and may have a position in the debt of the company or companies discussed herein.

This research is not an offer to sell or the solicitation of an offer to buy any security. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This communication does not constitute an offer of Shares to the public in the United Kingdom. No prospectus has been or will be approved in the United Kingdom in respect of the Securities. Consequently, this communication is directed only at (i) persons who are outside the United Kingdom or (ii) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"), (iii) high net worth entities falling within Article 49(2) of the Order (iv) and other persons to whom it may lawfully be communicated (all such persons together being referred to as "relevant persons"). Any investment activity to which this communication relates will only be available to, and will only be engaged with, relevant persons. Any person who is not a relevant person should not act or rely on this document or any of its contents.

**TACTICAL TRADING IDEA DISCLAIMER**

Guggenheim Securities, LLC produces "Tactical Trade Ideas" that identify short-term, catalyst-driven trading opportunities impacting companies within the Firm's coverage universe. Tactical Trade Ideas may exist on companies in this report and may be contrary to the analyst's published rating.

Copyright © 2019 by Guggenheim Securities, LLC, ("Guggenheim") a FINRA registered broker-dealer. All rights reserved. The content of this report is based upon information obtained from sources that Guggenheim generally considers reliable, but Guggenheim makes no representations or warranties with respect to its accuracy, completeness, timeliness, suitability or otherwise, and assumes no responsibility to update it for subsequent events or knowledge. Guggenheim is not responsible for your use of this information.

# Guggenheim Securities Equity Research Team

## Consumer

**Automotive Retail**
Ali Faghri                                        310.319.2562                Ali.Faghri@guggenheimpartners.com

**Beverages & Food Producers**
Laurent Grandet                                   212.372.6368                Laurent.Grandet@guggenheimpartners.com

**Food Retailers; Consumables Retail/Distribution**
John Heinbockel                                   212.381.4135                John.Heinbockel@guggenheimpartners.com

**Hardlines Retail**
Steven Forbes, CFA                                212.381.4188                Steven.Forbes@guggenheimpartners.com

**Restaurants**
Matthew DiFrisco                                  212.823.6599                Matthew.DiFrisco@guggenheimpartners.com

**Retailing/Department Stores and Specialty Softlines**
Robert Drbul                                      212.823.6558                Robert.Drbul@guggenheimpartners.com

## Energy & Power

**Exploration & Production**
Subash Chandra, CFA                               212.918.8771                Subash.Chandra@guggenheimpartners.com

**Power, Utilities & Alternative Energy**
Shahriar Pourreza, CFA                            212.518.5862                Shahriar.Pourreza@guggenheimpartners.com

## Healthcare

**Biotechnology**
Whitney Ijem                                      212.518.9778                Whitney.Ijem@guggenheimpartners.com
Michael Schmidt, Ph.D.                            617.859.4636                Michael.Schmidt@guggenheimpartners.com
Yatin Suneja                                      212.518.9565                Yatin.Suneja@guggenheimpartners.com

**Global Pharmaceuticals**
Seamus Fernandez                                  617.859.4637                Seamus.Fernandez@guggenheimpartners.com

**Healthcare Technology & Distribution**
Glen Santangelo                                   212.518.9294                Glen.Santangelo@guggenheimpartners.com
Vikram Kesavabhotla                               212.518.9271                Vikram.Kesavabhotla@guggenheimpartners.com

**Medical Supplies & Devices**
Chris Pasquale                                    212.518.9420                Chris.Pasquale@guggenheimpartners.com

## Technology, Media & Telecom

**Communications Infrastructure; Telecom Services**
Robert Gutman                                     212.518.9148                Robert.Gutman@guggenheimpartners.com

**Digital Services**
Jake Fuller                                       212.518.9013                Jake.Fuller@guggenheimpartners.com

**Financial Technology**
Jeff Cantwell, CFA                                212.823.6543                Jeffrey.Cantwell@guggenheimpartners.com

**Entertainment & Digital Media**
Michael Morris, CFA                               804.253.8025                Michael.Morris@guggenheimpartners.com
Curry Baker                                       804.253.8029                Curry.Baker@guggenheimpartners.com

**Software**
Nandan Amladi                                     212.823.6597                Nandan.Amladi@guggenheimpartners.com
Ken Wong, CFA                                     415.852.6465                Ken.Wong@guggenheimpartners.com
Imtiaz Koujalgi                                   212 518 9398                Imtiaz.Koujalgi@guggenheimpartners.com

**Telecom, Cable & Satellite Services**
Mike McCormack, CFA                               212.518.9774                Mike.McCormack@guggenheimpartners.com

## Sales and Trading Offices

| | | | |
|---|---|---|---|
| New York | 212.292.4700 | San Francisco | 415.852.6451 |
| Boston | 617.859.4626 | Chicago | 312.357.0778 |

**GUGGENHEIM**