**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: 415-373-1671
Fax: 415-484-1294

*Attorneys for Lead Plaintiff Arnold Keijzer and Lead Counsel for the Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMANUEL LAKE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOGENIX, INC., STEPHEN J. FARR, and MICHAEL P. SMITH,<br><br>Defendants. | Case No.: 19-cv-01975-RS<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL UNDER FRCP 41** |

| | |
|---|---|
| 1 | Lead Plaintiff Arnold Keijzer ("Plaintiff") and defendants Zogenix, Inc., Stephen J. Farr |
| 2 | and Michael P. Smith (collectively, "Defendants"), and hereby stipulate as follows: |
| 3 | WHEREAS, this action was filed on April 12, 2019; |
| 4 | WHEREAS, pursuant to the Private Securities Litigation Reform Act, Arnold Keijzer was |
| 5 | appointed as Lead Plaintiff, and Levi & Korsinsky LLP was appointed as Lead Plaintiff's |
| 6 | Counsel, on July 19, 2019 (Dkt. No. 38); |
| 7 | WHEREAS, Plaintiff filed the First Amended Complaint for Violations of the Federal |
| 8 | Securities Laws on September 10, 2019 (Dkt. No. 42); |
| 9 | WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint on |
| 10 | October 4, 2019 (Dkt. No. 47); |
| 11 | WHEREAS, this Court entered an order Granting in Part and Denying in Part Requests for |
| 12 | Incorporation by Reference and Dismissing the Complaint with Leave to Amend by February 17, |
| 13 | 2020 (Dkt. No. 57); |
| 14 | WHEREAS, Plaintiff wishes to dismiss this action pursuant to the terms of this |
| 15 | Stipulation; |
| 16 | WHEREAS, no class has been certified in this action, no compensation or consideration |
| 17 | has been or will be paid to Plaintiff, and no agreements or promises have been made other than |
| 18 | what is expressly reflected in this Stipulation; |
| 19 | THEREFORE, the parties hereby stipulate and respectfully request that: |
| 20 | 1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly |
| 21 | stipulate to the voluntary dismissal of the Action; |
| 22 | 2. The Action shall be dismissed with prejudice as to Plaintiff; |
| 23 | 3. The Action shall be dismissed without prejudice as to all other putative class |
| 24 | members; |
| 25 | 4. Because the dismissal is with prejudice as to Plaintiff only, and not as to any |
| 26 | members of the putative class, notice of this dismissal is not required; and |
| 27 | 5. Each Party shall be responsible for his, her or its own costs or fees associated with |
| 28 | |

the Action.

Dated: February 13, 2020          LEVI & KORSINSKY, LLP

                                  By: s/Adam M. Apton
                                      Adam M. Apton

                                  *Attorneys for Lead Plaintiff
                                  Arnold Keijzer*

Dated: February 13, 2020          LATHAM & WATKINS, LLP.

                                  By: s/Colleen C. Smith
                                      Colleen C. Smith

                                  *Attorneys for Defendants Zogenix, Inc., Steven J. Farr, and Michael P. Smith*

                                  \* \* \*

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in the filing of this stipulation.

Dated: February 13, 2020

                                  s/Adam M. Apton
                                  Adam M. Apton

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 2/13/2020

                                  _____
                                  The Honorable Richard Seeborg
                                  United States District Judge